**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**BOAZ HOME IMPROVEMENT &
CONSTRUCTION COMPANY, LLC,**
**Individually and as Co-Venturer in Brantley
Group/Boaz Home Improvement & Construction
Company, Joint Venture, Et Al.**           **PLAINTIFFS**

**VS.**           **CIVIL ACTION NO. 4:11CV00090-SA-JMV**

**SUN TRUST BANK, INC., Et Al.**           **DEFENDANTS**

## ORDER

On November 9, 2011, Defendant SunTrust Bank, Inc., filed a Motion to Dismiss Combining Various Defenses, including lack of subject matter jurisdiction [Doc. 10]. Pursuant to L. U. Civ. R. 16(b)(3)(B), [f]iling . . . a jurisdictional defense motion stays the attorney conference and disclosure requirements and all discovery not related to the issue pending the court's ruling on the motion . . . ."

**THEREFORE, IT IS ORDERED** that all proceedings not related to the jurisdictional issue are hereby **STAYED** pending a ruling on SunTrust's motion to dismiss. The plaintiff shall submit a proposed order lifting the stay within 7 days of any ruling denying the motion to dismiss.

This 26th day of June, 2012.

          /s/Jane M. Virden
          UNITED STATES MAGISTRATE JUDGE