IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

BOAZ HOME IMPROVEMENT &
CONSTRUCTION COMPANY, LLC,
Individually and as a Co-Venturer in
BRANTLEY GROUP/BOAZ HOME
IMPROVEMENT & CONSTRUCTION
COMPANY, Joint Venturer                                                          PLAINTIFF

V.                                                               CAUSE NO.: 4:11CV090-SA-JMV

SUNTRUST BANK; THE CHURCH OF
LIVING GOD, RICHARD HOWARD, Pastor,
ANTHONY CUNNINGHAM, President and
Trustee, MATTIE L. HOWARD, Trustee,
DETRIA STACKHOUSE, Trustee,
KEVIN STACKHOUSE, Trustee, and
JOHN DOES 1-10                                                                  DEFENDANTS

ORDER DISMISSING CASE

Pursuant to a Memorandum Opinion issued this day, the Court lacks jurisdiction over this case because the parties are not diverse. Accordingly, the Plaintiff's claims are DISMISSED, and this case is CLOSED.

SO ORDERED, this the 6th day of November, 2015.

                                              /s/ Sharion Aycock
                                              **U.S. DISTRICT JUDGE**